THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| RAY C. ROGERS, | CASE NO. C23-1160-JCC |
|---|---|
| Plaintiff, | MINUDE ORDER |
| v. | |
| WEAVER, *et al.*, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Based on Plaintiff's representations (Dkt. No. 34), the Court hereby GRANTS Plaintiff's motion for an extension of time to file objections. Plaintiff is INSTRUCTED to file his objections no later than January 18, 2024.

DATED this 3rd day of January 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER, C23-1160-JCC
PAGE - 1