THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   | RAY C. ROGERS,                    | CASE NO. C23-1160-JCC
10  |                    Plaintiff,     | MINUTE ORDER
11  |          v.
12  | WEAVER, *et al.*,
13  |                    Defendant.

14

15        The following Minute Order is made by direction of the Court, the Honorable John C.

16  Coughenour, United States District Judge:

17        Based on Plaintiff's repeated representations (Dkt. Nos. 34, 39), the Court hereby

18  GRANTS Plaintiff's motion for an extension of time to file objections. Plaintiff is

19  INSTRUCTED to file his objections no later than February 2, 2024. As it appears Plaintiff did

20  not receive the amended R&R (Dkt. No. 27), Defendant is INSTRUCTED to re-serve Plaintiff.

21  Defendant shall provide <u>written notice</u> to the Court when service is completed.

22        DATED this 18th day of January 2024.

23  <u>Ravi Subramanian</u>
    Clerk of Court

24  <u>s/Kathleen Albert   </u>
    Deputy Clerk

25

26