THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY C. ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEAVER, *et al.,*<br><br>　　　　　Defendant. | CASE NO. C23-1160-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　The Court previously adopted Judge Leupold's recommendation to dismiss Plaintiff's Fourteenth Amendment claim without prejudice and with leave to amend. (Dkt. No. 48.) The Court instructed Plaintiff to cure his complaint no later than February 19, 2024. (*Id.* at 2.) To date, Plaintiff has failed to cure those deficiencies. Consequently, the Court finds that the remainder of Plaintiff's claims must be dismissed for failure to state a claim and failure to prosecute.

　　　The Clerk is respectfully directed to close the case.

MINUTE ORDER, C23-1160-JCC
PAGE - 1

DATED this 22nd day of March 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk