THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAY C. ROGERS,

    Plaintiff,

  v.

WEAVER, *et al.*,

    Defendant.

CASE NO. C23-1160-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court erred when it dismissed the entirety of Plaintiff's complaint for failure to state a claim and failure to prosecute. (*See* Dkt. No. 56.) Though Plaintiff's Fourteenth Amendment claim remains dismissed with prejudice, his First Amendment retaliation claim stands. Indeed, the Court previously adopted Judge Leupold's recommendation that Defendants' motion be denied with respect to Plaintiff's First Amendment retaliation claim. (*See* Dkt. No. 48.) As such, the Clerk is respectfully directed to re-open the case and to send copies of this Minute Order to the parties.

MINUTE ORDER, C23-1160-JCC
PAGE - 1

DATED this 22nd day of March 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk
