THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY CLARENCE ROGERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WEAVER,<br><br>　　　　　Defendant. | CASE NO. C23-1160-JCC-GJL<br><br>ORDER |

　　　This matter comes before the Court on Plaintiff's Rule 54(b) motion for entry of final judgment on certain claims (Dkt. No. 77). Shortly after Plaintiff so moved, Defendant moved for summary judgment on all remaining claims (Dkt. No. 79), effectively mooting Plaintiff's request for partial entry. For this reason, Plaintiff's Rule 54(b) motion (Dkt. No. 77) is DENIED without prejudice. Plaintiff may renew the motion if he so chooses, but only after the Court has disposed of Defendant's motion.

　　　DATED this 27th day of June 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C23-1160-JCC-GJL
PAGE - 1