UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAY C. ROGERS,<br><br>      Plaintiff,<br>  v.<br><br>RANDY WEAVER,<br><br>      Defendant. | CASE NO. 2:23-cv-01160-JCC-GJL<br><br>ORDER ON MISCELLANEOUS MOTIONS |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge Grady J. Leupold. Currently pending before the Court are Plaintiff Ray C. Rogers's Motion for Relief from Judgment (Dkt. 99), his Motion for Sanctions related to discovery (Dkt. 100), his Motion for Appointment of Counsel (Dkt. 107), and his Motion requesting (1) an extension of time to file a reply in support of his Motion for Sanctions and (2) a copy of the Defendant's Response in opposition to that Motion, which he states he has not received (Dkt. 109).[1]

---

[1] This last Motion also includes a summary request for counsel. As this request is cursory and duplicative of Plaintiff's pending Motion for Appointment of Counsel, the Court will not consider it.

ORDER ON MISCELLANEOUS MOTIONS - 1

For good cause shown, the last of these Motions (Dkt. 109) is **GRANTED**. The new deadline for Plaintiff to file a reply in support of his Motion for Sanctions is **September 13, 2024**. However, as it would be inappropriate to address the other pending Motions before the District Court has issued its decision on the July 26, 2024, Report and Recommendation (Dkt. 98), the undersigned **DEFERS** decision and **DIRECTS** the Clerk of Court to **RENOTE** Plaintiff's Motions for Relief from Judgment (Dkt. 99), for Sanctions (Dkt. 100), and for Appointment of Counsel (Dkts. 107) for consideration on **September 13, 2024.**

Finally, the Clerk of Court is **DIRECTED** to provide Plaintiff with copies of docket entries 102 and 103 along with a copy if this Order.

Dated this 6th day of September, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER ON MISCELLANEOUS MOTIONS - 2