THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAY C. ROGERS,

    Plaintiff,

  v.

RANDY WEAVER,

    Defendant.

CASE NO. C23-1160-JCC-GJL

ORDER

The Court, having reviewed the Report and Recommendation ("R&R") of Judge Grady J. Leupold, United States Magistrate Judge, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1) The Court adopts the R&R (Dkt. No. 116);

(2) Plaintiff's Motion for Relief under Fed. R. Civ. P. 60(b) (Dkt. No. 99) is DENIED with prejudice; and

(3) The Clerk is directed to send a copy of this Order to Plaintiff, counsel for Defendant, and to the Hon. Grady J. Leuopold.

//

//

//

DATED this 25th day of October 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE