THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY C. ROGERS, | CASE NO. C23-1160-JCC-GJL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RANDY WEAVER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' Joint Motion for Relief from a joint status report deadline (Dkt. No. 125). The Court previously denied Defendant's motion for summary judgment and ordered the parties to submit a trial schedule within 30 days of that order. (Dkt. No. 114 at 8.) Still pending before the Court is Plaintiff's motion for appointment of counsel, (Dkt. No. 107), which Plaintiff has been directed to supplement by December 2, 2024. (*See* Dkt. No. 123 at 3.) The parties submit that this motion should be decided prior to any case scheduling. (*See* Dkt. No. 125 at 2.)

The Court agrees and, finding good cause, STAYS the prior deadline for a joint status report (Dkt. No. 114). The Court will issue a new deadline after the motion to appoint counsel (Dkt. No. 107) has been resolved.

DATED this 14th day of November 2024.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk