THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAY C. ROGERS,

                    Plaintiff,

            v.

RANDY WEAVER,

                    Defendant.

CASE NO. C23-1160-JCC-GJL

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court previously stayed a deadline for a joint status report pending a motion for appointment of counsel. (Dkt. No. 127 at 1.) That motion has been granted, (Dkt. No. 133 at 5), and counsel has been appointed, (Dkt. No. 134 at 2). Seeing as counsel has now appeared, (*see* Dkt. No. 135), the Court LIFTS the previous stay. Within 30 days of this order, the parties are DIRECTED to meet and confer and provide the Court with a joint status report containing an estimated trial schedule (*i.e.*, number of days anticipated for trial) and three alternative trial dates based on the parties' availability. The Court will issue a revised scheduling order following receipt of this submission.

//

//

MINUTE ORDER
C23-1160-JCC-GJL
PAGE - 1

DATED this 10th of February 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk