THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAY C. ROGERS,<br><br>               Plaintiff,<br><br>   v.<br><br>RANDY WEAVER,<br><br>               Defendant. | CASE NO. C23-1160-JCC<br><br>ORDER |

       On January 7, 2025, the Court concluded appointment of *pro bono* counsel would be in the interest of justice and conditionally granted Plaintiff's motion for the appointment of counsel (Dkt. No. 107). (*See* Dkt. No. 133.) Shortly thereafter, the case was referred to the Pro Bono Panel, who identified Lisa Elliot to serve in that role, as well as Roberta Armstrong, who would act as Ms. Elliot's mentor. (*See* Dkt. No. 134.)

       The Court recently learned Ms. Armstrong passed away, rendering Ms. Elliot unable to continue as counsel. (*See* Dkt. Nos. 143, 144.) Nevertheless, nothing has changed as to the merits of appointment in this matter. As such, *pro bono* counsel for Plaintiff, if available, remains appropriate.

       Thus, the Court again REFERS this matter to the *Pro Bono* Panel to identify an attorney available and willing to accept a voluntary appointment in this action. If voluntary *pro bono* counsel <u>cannot</u> be located within a reasonable time, Plaintiff will be required to proceed to trial

ORDER
C23-1160-JCC
PAGE - 1

*pro se*.

It is so ORDERED this 18th day of September 2025.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE