THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY CLARENCE ROGERS, | CASE NO. C23-1160-JCC |
| Plaintiff, | ORDER OF APPOINTMENT |
| v. | |
| RANDY WEAVER, | |
| Defendant. | |

On September 18, 2025, following the withdrawal of previously appointed counsel, (*see* Dkt. No. 144), the Court referred this matter to the *pro bono* panel to consider again appointing counsel to represent Plaintiff in this matter. (*See* Dkt. No. 145.) The panel has since advised the Court that it has identified counsel for Plaintiff.

In accordance with General Order 07-23, the Court hereby appoints the following counsel to represent Plaintiff in this matter: Austin M. Rainwater of Holland & Knight at 701 Fifth Ave., Ste. 4700, Seattle, WA 98104. Mr. Rainwater is directed to file a Notice of Appearance on Plaintiff's behalf within seven (7) calendar days. *See* General Order 07-23, Section 3(d). In the event Plaintiff prevails, Mr. Rainwater may move for an award of attorney fees under any applicable authority, but the Court provides no assurance of compensation. If counsel is unable for a reason set forth in the Rules to assume this representation, a motion for relief from this appointment should immediately be filed with the Court.

1  The Clerk is DIRECTED to send a copy of this order to Plaintiff and to counsel for the

2  parties. Following Mr. Rainwater's appearance, the parties are ORDERED to meet and confer

3  and provide the Court with a joint status report, no later than December 5, 2025. That report shall

4  contain three alternative trial dates, along with proposed deadlines for pretrial filings.

5

6  DATED this 17th day of October 2025.

7

8

9  _____

10  John C. Coughenour
   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF APPOINTMENT
C23-1160-JCC
PAGE - 2