THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY C. ROGERS,<br><br>        Plaintiff,<br><br>  v.<br><br>RANDY WEAVER,<br><br>        Defendant. | CASE NO. C23-1160-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 151) where the parties notified the court as to the status of Plaintiff's criminal matter, ask to reopen discovery, and to establish a new trial date. Finding good case, the Court reopens discovery for and sets a trial date of June 22, 2026. Pretrial submissions (motions *in limine*, a proposed pretrial order, trial briefs, jury instructions, etc...) are due fourteen days before trial. For further information on the Court's trial procedures, the parties should consult the Court's website at https://www.wawd.uscourts.gov/judges/coughenour-procedures#coughenour6.

//

//

//

MINUTE ORDER
C23-1160-JCC
PAGE - 1

1 | DATED this 8th of December 2025.

                                                  <u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kadya Peter</u>
Deputy Clerk

MINUTE ORDER
C23-1160-JCC
PAGE - 2