THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAY CLARENCE ROGERS,

Plaintiff,

v.

WEAVER, Sgt/Supervisor Officer, King County Correctional Facility,

Defendant.

CASE NO. 2:23-cv-01160-JCC

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES**

**NOTE ON MOTION CALENDAR: APRIL 24, 2026**

## STIPULATION

Plaintiff Ray C. Rogers and Defendant Randy Weaver, through their attorneys of record, stipulate and hereby request that the Court enter an order extending the current deadlines set forth in the Court's December 8, 2025 Minute Order (Dkt. 152) and resetting trial for November 2, 2026.

On October 21, 2025, Plaintiff's counsel entered his appearance in this case after being appointed by the Court as pro bono counsel. (Dkt. 148.)  Following the Parties' Joint Status Report of December 5, 2025 (Dkt. 151), and the Court's subsequent December 8th Minute Order (Dkt. 152), the Parties have worked diligently toward advancing this case to prepare it for trial. The Parties have exchanged written discovery and produced additional relevant documents, including production through third-party subpoenas.  In addition, the Parties have completed five depositions

STIPULATED MOTION AND ~~PROPOSED~~
ORDER TO EXTEND TRIAL DATE
CASE NUMBER 2:23-CV-01160-JCC - 1

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000

and are coordinating with the Airway Heights Correctional Facility to facilitate Plaintiff's deposition, currently scheduled for April 30, 2026, a process that has taken considerable time and effort, including requiring court intervention (*see* Dkts. 156, 158). Plaintiff's status as an incarcerated individual, and the inherent lag in communication between Plaintiff and his counsel (and the fact that Plaintiff has been moved to different facilities at various points during the pendency of this matter) has also caused some unavoidable delays in completing discovery. Nevertheless, the Parties have continued to work together in good faith to complete discovery and discuss potential resolution prior to proceeding to trial.

For these reasons, the Parties stipulate and hereby respectfully request that the Court extend the trial of this matter until on or about November 2, 2026, and extend all pre-trial deadlines in accordance therewith, to allow the Parties to complete discovery and continue to pursue resolution of this matter.

The motion is not made for purposes of delay, and no party will be prejudiced by the relief requested in this motion. The parties accordingly request that the Court extend the present deadlines and dates in this case, setting trial for on or around November 2, 2026.

IT IS SO STIPULATED THIS 24th day of April, 2026.

By: *s/ Santiago Viola Villanueva*
Santiago Viola Villanueva, WSBA #54071
Senior Deputy Prosecuting Attorney
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Telephone: 206.477.1120
E-mail: sviolavillanueva@kingcounty.gov

*Attorney for Defendant Randy Weaver*

By: *s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
By: *s/ Jody Schisel-Meslin*
Jody Schisel-Meslin, WSBA No. 61046
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000
E-mail: Austin.Rainwater@hklaw.com
E-mail: Jody.Schisel-Meslin@hklaw.com

*Attorneys for Plaintiff Ray C. Rogers*

STIPULATED MOTION AND PROPOSED
ORDER TO EXTEND TRIAL DATE
CASE NUMBER 2:23-CV-01160-JCC - 2

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000

**ORDER**

This Court, having considered the Motion and being fully advised, finds there is good to extend the trial date in this matter to November **16**2, 2026, with all pre-trial deadlines **due 14 days before trial** ~~extended accordingly~~.

IT IS SO ORDERED.

Dated this **24th** day of April, 2026.

_____
The Honorable John C. Coughenour
United States District Judge

STIPULATED MOTION AND PROPOSED
ORDER TO EXTEND TRIAL DATE
CASE NUMBER 2:23-CV-01160-JCC - 3

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the parties.

Dated this 24th day of April, 2026.

*s/Laurel Gray*
Laurel Gray, Practice Assistant

STIPULATED MOTION AND PROPOSED
ORDER TO EXTEND TRIAL DATE
CASE NUMBER 2:23-CV-01160-JCC - 4

HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA  98104-7029 |
Tel: 206.505.4000