THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY CLARENCE ROGERS,<br>Plaintiff,<br>v.<br>ROGERS WEAVER,<br>Defendant. | CASE NO. C23-1160-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion for leave to again move for summary judgment (Dkt. No. 163). For the reasons outlined in Plaintiff's response, which the Court adopts as its own, it DENIES Defendant's motion.

It is so ORDERED this 29th day of September 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE