The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY CLARENCE ROGERS,<br>Plaintiff,<br>v.<br>WEAVER, Sgt/Supervisor Officer, King County Correctional Facility,<br>Defendant. | CASE NO. 2:23-cv-01160-JCC<br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO SECURE PLAINTIFF RAY C. ROGERS' ATTENDANCE AND TESTIMONY AT TRIAL** |

This matter comes before the Court on Plaintiff's Motion for Issuance of Writ of Habeas Corpus Ad Testificandum to Secure Plaintiff Ray C. Rogers' Attendance and Testimony at Trial (Dkt. No. 171). The Court has considered the motion, any response, and the record.

Plaintiff's motion is **GRANTED**. The Court will issue the Writ of Habeas Corpus Ad Testificandum filed contemporaneously with this Order. Plaintiff Ray C. Rogers's custodian shall transport and produce Rogers in person at the United States Courthouse, 700 Stewart Street, Seattle, Washington 98101, on November 16, 2026, at 9:00 a.m., and thereafter from day to day as the Court may direct until the trial concludes and the Court excuses Plaintiff.

The custodian shall maintain custody of Rogers during transportation and all court proceedings, coordinate courthouse security with the United States Marshals Service, bear the costs of transportation and safekeeping, and, after the Court excuses him, return Rogers to Airway



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

Heights Corrections Center or to any other facility in which the Washington State Department of Corrections lawfully confines him.

**IT IS SO ORDERED.**

Dated this **22nd** day of October, 2026.

The Honorable John C. Coughenour
United States District Judge



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

Dated this 22nd day of October, 2026.

**HOLLAND & KNIGHT LLP**

By: *s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
By: *s/ Jody Schisel-Meslin*
Jody Schisel-Meslin, WSBA No. 61046
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000
E-mail: Austin.Rainwater@hklaw.com
E-mail: Jody.Schisel-Meslin@hklaw.com

*Attorneys for Plaintiff Ray C. Rogers*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Maria Manza, WSBA # 46393<br>Scott Gutierrez, WSBA #58909<br>701 5th Avenue, Suite 600<br>Seattle, WA 98104<br>Phone: (206) 477-1120<br>Fax: (206) 296-0191<br>Email: mamanza@kingcounty.gov<br>Email: scogutierrez@kingcounty.gov<br><br>*Attorneys for Defendant Randy Weaver* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☑ Via E-mail<br>☑ Via the Court's E-Service Device |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 22nd day of October, 2026.

*s/ Laurel Gray*
Laurel Gray, Practice Assistant



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000