The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY CLARENCE ROGERS,<br><br>Plaintiff,<br><br>v.<br><br>WEAVER, Sgt/Supervisor Officer, King County Correctional Facility,<br><br>Defendant. | CASE NO. 2:23-cv-01160-JCC<br><br>[~~PROPOSED~~] PRETRIAL ORDER |

**JURISDICTION**

Jurisdiction is vested in this Court by virtue of 28 U.S.C. §§ 1331 and 1343(a)(3). Plaintiff Ray Clarence Rogers ("Plaintiff" or "Mr. Rogers") brings this action under 42 U.S.C. § 1983. He alleges that Defendant Sergeant Randy Weaver ("Defendant" or "Sergeant Weaver"), a supervising sergeant at the King County Correctional Facility ("King County Jail" or "KCJ"), 500 Fifth Avenue, Seattle, Washington, violated his rights under the First Amendment to the United States Constitution while he was a pretrial detainee at KCJ. The claim arises under the Constitution and laws of the United States, 28 U.S.C. § 1331, and seeks redress for the alleged deprivation, under color of state law, of rights secured by the Constitution, 28 U.S.C. § 1343(a)(3). Defendant does not object to Plaintiff's statement of federal jurisdiction.



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

## CLAIMS AND DEFENSES

(a) Plaintiff will pursue at trial the following claim: retaliation in violation of the First Amendment to the United States Constitution, brought under 42 U.S.C. § 1983 against Defendant Sergeant Randy Weaver in his individual capacity. Plaintiff alleges that on July 26, 2023, Sergeant Weaver threatened to place him in segregation and then confined him in a visiting booth because Mr. Rogers complained to jail staff about the handling of his outgoing legal mail and attempted to submit a written grievance. Plaintiff seeks compensatory damages or, in the alternative, nominal damages, and punitive damages.

(b) Defendant Sergeant Weaver denies Plaintiff's claim of First Amendment retaliation. Defendant is raising no affirmative defenses.

## ADMITTED FACTS

The following facts are admitted by the parties:

1. At all relevant times, Mr. Rogers was a pretrial detainee housed at King County Jail, 500 Fifth Avenue, Seattle, Washington, where Defendant Randy Weaver was a supervising sergeant. (No objection as to admissibility.)

Proposed Additional Stipulations

The following additional facts appear to be undisputed in the record and are proposed for stipulation. ~~Each is marked **[PROPOSED – NOT YET AGREED]**. Each fact the parties agree to before filing will be renumbered as an admitted fact and its bracketed notation removed. Any fact the parties do not agree to before filing will be deleted.~~

2. On July 26, 2023, Sergeant Weaver placed Mr. Rogers in a visiting booth at King County Jail. ~~**[AGREED]**~~

3. On July 26, 2023, Mr. Rogers signed Inmate Grievance No. 0823-029 regarding Sergeant Weaver's conduct. ~~**[AGREED]**~~

**At trial, the parties shall prompt the Court to read into the record these and any other stipulated admitted facts (ultimately agreed to) for consideration by the jury.**



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

## ISSUES OF LAW

The following are the issues of law to be determined by the Court. Plaintiff's claim will be tried to a jury. Several of these issues are therefore mixed questions of law and fact that the jury will resolve under the Court's instructions. They are stated here to identify the governing standards and the parties' disputes. *See* Ninth Circuit Manual of Model Civil Jury Instructions Nos. 5.1, 5.2, 5.5, 5.6, 9.3, and 9.12.

<u>Liability</u>

1. Whether Defendant Weaver acted under color of state law. (The parties anticipate stipulating to this element. ~~*See* Proposed Stipulation No. 2.~~)

2. Whether Mr. Rogers engaged in conduct protected by the First Amendment on July 26, 2023. This includes whether his oral complaints to jail staff about the handling of his outgoing legal mail, his request that an officer document receipt of his legal mail, and his attempt to hand Sergeant Weaver a written grievance constitute protected petitioning activity, in addition to the grievance he signed that day.

3. Whether Sergeant Weaver took adverse action against Mr. Rogers. This includes whether the threat to place Mr. Rogers in segregation ("the hole"), his confinement in a visiting booth for at least two hours, or both, constitute action that would chill or silence a person of ordinary firmness from engaging in protected activity.

4. Whether Mr. Rogers' protected conduct was the substantial or motivating factor behind Sergeant Weaver's adverse action, and whether the chronology of events on July 26, 2023 may be considered as circumstantial evidence of a causal connection.

5. Whether Sergeant Weaver's adverse action chilled Mr. Rogers' exercise of his First Amendment rights. This includes whether chilling is measured by an objective standard, so that Mr. Rogers need not prove that his own speech was actually inhibited or suppressed, and the relevance, if any, of grievances Mr. Rogers filed after July 26, 2023. **The requisite legal determination will be made by the Court and communicated through its rulings on motions *in limine* the morning of trial and in formulating final jury instructions.**



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

6. Whether Sergeant Weaver's action did not reasonably advance a legitimate correctional goal. This includes whether the confinement was a permissible "rack back" under KCJ Policy 6.02.002, and the significance of the absence of any logbook entry or Rule Infraction/Behavior Modification Report documenting Mr. Rogers' alleged conduct.

7. Whether Sergeant Weaver's conduct was an actual cause of injury to Mr. Rogers, that is, whether the injury would not have occurred but for that conduct and the conduct has a sufficient connection to the result.

Damages

8. If Plaintiff prevails on liability, the amount of compensatory damages that will reasonably and fairly compensate Mr. Rogers for any injury caused by Sergeant Weaver, considering the nature and extent of the injuries and the mental and emotional pain and suffering experienced.

9. If Plaintiff prevails on liability but fails to prove compensatory damages, the amount of nominal damages, not to exceed one dollar.

10. Whether punitive damages are available and may be submitted to the jury. This turns on whether the evidence could support a finding that Sergeant Weaver's conduct was malicious, oppressive, or in reckless disregard of Mr. Rogers' rights. *See Smith v. Wade*, 461 U.S. 30 (1983); *Dang v. Cross*, 422 F.3d 800, 807 (9th Cir. 2005). Defendant contends that Plaintiff cannot establish that punitive damages should be awarded and has moved in limine to strike Plaintiff's punitive damages claim. **The Court will address this issue through its ruling on the motion *in limine* on the morning of trial.**

11. If punitive damages are submitted and the jury finds them warranted, the amount of punitive damages, considering the degree of reprehensibility of Sergeant Weaver's conduct, and whether punitive damages may be awarded where only nominal damages are awarded.



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

Evidentiary Issues

12. The evidentiary issues presented in the parties' joint brief on motions in limine, due November 2, 2026, including the admissibility of the exhibits and testimony marked "MIL" in this order. **The Court will address this and all motions *in limine* the morning of trial.**

Separate Statements

The parties have not agreed on how to frame the protected conduct and adverse action at issue (Issues of Law Nos. 2, 3, and 5). Plaintiff frames the claim as a threat of segregation followed by confinement in a visiting booth after Mr. Rogers complained about his legal mail and attempted to submit a written grievance. Plaintiff contends that the First Amendment protects both formal and informal complaints, whether oral or written. Defendant frames the issue as whether Sergeant Weaver's confinement of Mr. Rogers in a visitors' booth constituted retaliation for Mr. Rogers exercising his First Amendment right by filing a grievance. The parties' competing formulations, with supporting authority, are set forth in their versions of Joint Proposed Jury Instruction No. 22 (Ninth Circuit Model Civil Jury Instruction No. 9.12).

**EXPERT WITNESSES**

(a) No party will call an expert witness at trial. No limitation on the number of expert witnesses is therefore necessary.

(b) The name(s) and addresses of the expert witness(es) to be used by each party at the trial and the issue upon which each will testify is:

(1) On behalf of plaintiff: None.

(2) On behalf of defendant: None.

**OTHER WITNESSES**

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a) On behalf of plaintiff:

1. **Ray Rogers (will testify).** c/o Holland & Knight LLP, 701 Fifth Avenue, Suite 4700, Seattle, WA 98104; Telephone: (206) 505-4000. Mr. Rogers is currently



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

confined at Airway Heights Corrections Center and will appear and testify in person under the Order and Writ of Habeas Corpus Ad Testificandum (Dkt. Nos. 174, 175). Mr. Rogers is the Plaintiff and will testify regarding all aspects of his claim against Defendant Randy Weaver, including the events of July 26, 2023 and his damages.

2. **Randy Weaver (will testify).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Sergeant Weaver is the Defendant and is expected to testify about his knowledge of the facts underlying Mr. Rogers' claim, including the incident giving rise to this lawsuit and the events leading up to and following it. He is further expected to testify regarding certain King County Corrections policies and the application of those policies to incarcerated individuals and detainees.

3. **Wilfred Malima (will testify).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Officer Malima was the officer on duty at the time of the incident. He is expected to testify about his knowledge of the incident, including the events leading up to and following it, and regarding certain King County Corrections policies and their application to incarcerated individuals and detainees.

4. **Alejandro Rodriguez (will testify).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Sergeant Rodriguez was the sergeant on duty while Mr. Rogers was confined to the visiting booth. He is expected to testify regarding his knowledge of the incident, including the events leading up to and following it, and regarding certain King County Corrections policies and their application to incarcerated individuals and detainees.

5. **Edward Taylor Jr. (will testify).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Sergeant Taylor was responsible for reviewing Mr. Rogers' grievance related to the

incident. He is expected to testify regarding his knowledge of the incident, the grievance process, the grievance Mr. Rogers filed, and certain King County Corrections policies and their application to incarcerated individuals and detainees.

6. **Andrea Williams (will testify).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Ms. Williams is the Records and Information Systems Manager for the King County Department of Adult and Juvenile Detention and testified as King County's Fed. R. Civ. P. 30(b)(6) designee. She is expected to testify regarding King County policies relevant to Mr. Rogers' claim, including policies related to document and records retention, and regarding her knowledge of the incident and the events leading up to and following it.

(b) On behalf of defendant:

1. **Randy Weaver (will testify).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Sergeant Weaver is the Defendant and is expected to testify about his knowledge of the facts underlying the incident giving rise to Mr. Rogers' cause of action, including the events leading up to and following the incident, and regarding King County Jail operations and certain policies and their application.

2. **Wilfred Malima (will testify).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Officer Malima was the officer on duty at the time of the incidents leading up to Mr. Rogers' claim. He is expected to testify about his knowledge of the incident, including the events leading up to and following it, and regarding King County Jail operations and certain policies and their application.

3. **Alejandro Rodriguez (will testify).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Sergeant Rodriguez was the sergeant on duty while Mr. Rogers was



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

in the visitors' booth. He is expected to testify to his knowledge of the incident, including the events leading up to and following it, and regarding King County Jail operations and certain policies and their application.

4. **Edward Taylor Jr. (will testify).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Sergeant Taylor was the sergeant assigned to review and address Mr. Rogers' grievance related to this incident. He is expected to testify to his knowledge of the incident, the grievance process and the grievance Mr. Rogers filed, and King County Jail operations and certain policies and their application.

5. **Andrea Williams (will testify).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Ms. Williams is the Records and Information Systems Manager for the King County Department of Adult and Juvenile Detention. She is expected to testify regarding certain policies related to Mr. Rogers' claim, including policies related to document and records retention, and regarding her knowledge of the incident and the events leading up to and following it.

6. **Michael Taylor (will testify).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Major Michael Taylor runs operations at the King County Jail and is expected to testify to jail operations, functions, and policies around security and safety for inmates and staff. **Plaintiff's objection:** Plaintiff objects to any testimony from Major Taylor because Defendant did not timely disclose him as a witness or timely disclose the subject matter of his testimony. *See* Fed. R. Civ. P. 26(a), (e); 37(c)(1). In the alternative, Plaintiff contends that Major Taylor's testimony should be limited to authentication of documents already produced in this litigation. This objection is the subject of Plaintiff's motion in limine (MIL).

7. **Tracy Craw (possible witness only).** c/o King County Prosecuting Attorney's Office, 701 Fifth Avenue, Suite 600, Seattle, WA 98104; Telephone: (206) 477-1120. Captain Craw is a Captain at the King County Jail and was assigned to Mr. Rogers' appeal of the grievance related to this incident. She is expected to testify to her knowledge of the incident, including the events leading up to and following it, the grievance process and the grievance Mr. Rogers filed, and King County Jail operations and certain policies and their application.

(c) Testimony by deposition: Plaintiff may present designated deposition testimony of Randy Weaver (April 9, 2026), Wilfred Malima (April 9, 2026), Alejandro Rodriguez (April 17, 2026), Edward Taylor Jr. (April 17, 2026), Andrea Williams as King County's Fed. R. Civ. P. 30(b)(6) designee (April 20, 2026), and Ray Rogers (April 30, 2026). Plaintiff's designations, Defendant's objections (including Defendant's hearsay objections to the Malima, Rodriguez, and Edward Taylor Jr. designations), and Defendant's counter-designations are set forth in **Appendix A**, which is incorporated in this order. Defendant has not served affirmative deposition designations apart from its counter-designations. Defendant's request to use Plaintiff's deposition for any purpose, including as substantive evidence, is the subject of a motion in limine.

Rebuttal witnesses, the necessity of whose testimony cannot reasonably be anticipated before trial, need not be named.

## EXHIBITS

Each exhibit is identified with a number, which becomes the number for the exhibit at trial and appears on the exhibit tag. Consistent with the Court's Chambers Procedures, Plaintiff's exhibits are numbered consecutively beginning with 1, and Defendant's exhibits are numbered consecutively beginning with A-1.



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 1 | Exhibit 4 to Deposition of Randy Weaver – Policy 6.02.002 Inmate Disciplinary System | Stipulated | Disputed | F | |
| 2 | Exhibit 5 to Deposition of Randy Weaver – Photographs (Court Order 3-000094, Court Order 3-000095) | Stipulated | Disputed | F | |
| 3 | Exhibit 7 to Deposition of Edward Taylor Jr. – Inmate Grievance Form | Stipulated | Disputed | F | |
| 4 | Exhibit 1 to Deposition of Andrea Williams – Notice of Deposition and Exhibit A thereto | Stipulated | Disputed | F | |
| 5 | Exhibit 2 to Deposition of Andrea Williams – Responses to Subpoena Duces Tecum | Stipulated | Disputed | F | |
| 6 | Law Enforcement Records Retention Schedule Version 8.0 (Feb. 2022) – (ROG 5-KC000021-ROG 5-KC000104) | Disputed (Defendant is open to stipulating as to relevant portions) | Disputed | F | |
| 7 | Policy 6.04.003 – Inmate Rights & Privileges (Court Order 1-000055-57) | Stipulated | Disputed | F | |
| 8 | Policy 6.04.002 – Inmate Grievance Procedures (Court Order 1-000058-62) | Stipulated | Disputed | F | |
| 9 | Grievances Policy (Court Order 1-000074-84) | Stipulated | Disputed | F | |
| 10 | Declaration of Sergeant Randy Weaver in Support of Defendant Weaver's Motion for Summary Judgment – Dkt. 79-6 | Stipulated | Stipulated | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Defendant's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| A-1 | Inmate Grievance Report No. 0823-029 dated July 26, 2023, with staff response, appeal, and final response (ROG 4-KC000008 – 09). Duplicate of Plaintiff's Ex. 3 (Exhibit 7 to Deposition of Edward Taylor Jr.); not separately listed. See Plaintiff's Ex. 3; any party may use. | — | — | — | |
| A-2 | KCJ Policy 6.02.002 – Inmate Disciplinary System (ROG 5-KC000010 – 20). Duplicate of Plaintiff's Ex. 1 (Exhibit 4 to Deposition of Randy Weaver); not separately listed. See Plaintiff's Ex. 1; any party may use. | — | — | — | |
| A-3 | Inmate Information Handbook, April 2022 – Cover Page | Stipulated | Stipulated | | |
| A-4 | Inmate Information Handbook, 2022 – Grievances Section | Stipulated | Disputed | 403; MIL | |
| A-5 | Records Department – Inactive Log Notes (KCCF 7 South shift log entry dated July 28, 2023) | Stipulated | Disputed | 402; 403; 404(b); MIL | |
| A-6 | Visiting Booth Photographs (Court Order 3-000094 – 95). Duplicate of Plaintiff's Ex. 2 (Exhibit 5 to Deposition of Randy Weaver); not separately listed. See Plaintiff's Ex. 2; any party may use. | — | — | — | |
| A-7 | Rule Infraction/Behavior Modification Report dated Oct. 19, 2022 (RFP 37-KC000042 – 43) | Stipulated | Disputed | 402; 403; 404(b); MIL (Pl.'s MIL re: undisclosed infraction reports) | |
| A-8 | KCJ Seattle Division 7 South Post Orders, effective March 21, 2019 | Stipulated | Disputed | 402; 403; F | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

The Parties' Objection Code:

| Code | Objection |
|---|---|
| E | Exhibit is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert (Fed. R. Civ. P. 26) |
| F | Lack of foundation |
| MIL | Subject of Motion in Limine |

In the Authenticity and Admissibility columns, the parties have indicated "Stipulated" or "Disputed." Where an exhibit is disputed, the objection is identified in the Objection column. Objections based on the Federal Rules of Evidence reference the rule number. Other objections are referenced by the codes listed above. The "Admitted" column is for use by the Court.

Duplicate exhibits. Under the Court's Chambers Procedures, duplicated documents are not listed twice. Three documents appeared on both parties' pretrial exhibit lists: the visiting booth photographs, KCJ Policy 6.02.002 (Inmate Disciplinary System), and Inmate Grievance Report No. 0823-029. Each is listed once, as Plaintiff's Exhibits 1, 2, and 3, respectively. Defendant's corresponding exhibit numbers (A-2, A-6, and A-1) are retained only as cross-references so that Defendant's remaining exhibits keep their numbers, and those entries are not separate exhibits. Once an exhibit is identified in this order, any party may use it. A cross-reference of the exhibit numbers in Plaintiff's Second Amended Pretrial Statement to the numbers in this order is attached as **Appendix B**.

Electronic presentation. Plaintiff intends to present exhibits in electronic format to jurors. Defendant intends to present exhibits in electronic format to jurors. The parties request leave to do so under LCR 16(h)(6), 16(i)(5), and 43, and will reiterate that request to the Court before trial. Each party will deliver its pre-marked exhibits to the in-court clerk on the morning of trial: an original and one copy, each in a three-ring binder with numbered tabs. Electronic exhibits will be provided on a secure electronic device with a paper index. If either exhibit list is revised after it is filed, the party revising it will file a revised exhibit list and provide the Courtroom Deputy with a redlined version showing the changes.



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

No party is required to list any exhibit that is listed by another party, or any exhibit to be used for impeachment only.

**ACTION BY THE COURT**

(a) This case is scheduled for trial before a jury on November 16, 2026, at 9:00 a.m., before the Honorable John C. Coughenour, United States Courthouse, 700 Stewart Street, Seattle, Washington 98101. Under the Order and Writ of Habeas Corpus Ad Testificandum (Dkt. Nos. 174, 175), Plaintiff will be produced in person at that date and time and from day to day thereafter as the Court directs.

(b) Trial briefs shall be submitted to the Court on or before November 2, 2026.

(c) Jury instructions requested by either party shall be submitted to the Court on or before November 2, 2026. Suggested questions of either party to be asked of the jury by the Court on voir dire shall be submitted to the Court on or before November 2, 2026.

(d) Motions in limine shall be presented in a single joint brief filed on or before November 2, 2026 (Dkt. 160; Chambers Procedures § E.3). The Court will address any remaining pretrial matters and trial logistics with counsel on the morning of trial, before jury selection.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the Court pursuant to agreement of the parties or to prevent manifest injustice.

Dated this 3rd day of November 2026.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

**FORM APPROVED:**

*Presented by:*

Dated this 2nd day of November, 2026.

HOLLAND & KNIGHT LLP

By: *s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
By: *s/ Jody Schisel-Meslin*
Jody Schisel-Meslin, WSBA No. 61046
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000
E-mail: Austin.Rainwater@hklaw.com
E-mail: Jody.Schisel-Meslin@hklaw.com

*Attorneys for Plaintiff Ray C. Rogers*

Dated this 2nd day of November, 2026.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: *s/ Maria B. Manza*
Maria B. Manza, WSBA No. 46393
Scott Gutierrez, WSBA No. 58909
Senior Deputy Prosecuting Attorneys
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Telephone: (206) 477-1120
E-mail: mamanza@kingcounty.gov
E-mail: scogutierrez@kingcounty.gov

*Attorneys for Defendant Randy Weaver*

# APPENDIX A

## DEPOSITION DESIGNATIONS, OBJECTIONS, AND COUNTER-DESIGNATIONS

The following are Plaintiff's designations of deposition testimony (LCR 16(h)(7); LCR 32(e)), together with Defendant's objections and counter-designations as stated in Defendant's October 27, 2026 markup of Plaintiff's Second Amended Pretrial Statement. Page and line references are to the certified transcripts. Plaintiff's objections to Defendant's counter-designations, if any, appear in the final column. A blank cell indicates that no objection or counter-designation was stated.

**Randy Weaver (Defendant) – Deposition of April 9, 2026**

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 5:10 | 5:11 | | | |
| 18:08 | 18:15 | | | |
| 18:19 | 19:07 | | | |
| 19:19 | 20:11 | | 20:12 – 20:17 | |
| 21:10 | 21:20 | | 21:21 – 21:22 | |
| 21:23 | 22:04 | | | |
| 22:08 | 23:17 | | | |
| 26:03 | 27:08 | | | |
| 27:11 | 27:16 | | 27:17 – 27:21 | |
| 29:16 | 29:24 | | | |
| 31:04 | 31:12 | | 31:13 – 31:20 | |
| 33:17 | 33:23 | | 33:25 – 34:22 | |
| 35:24 | 36:01 | | | |
| 36:04 | 36:11 | | | |
| 37:11 – beginning with "But" | 37:14 | | 37:15 – 37:19 | |
| 37:25 – beginning with "Do" | 38:11 | | | |
| 39:17 | 40:11 | | 41:10 – 41:14 | |
| 41:20 | 42:05 | | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 42:14 | 42:23 | | 42:06 – 42:13 | |
| 43:01 | 43:07 | | | |
| 43:18 | 43:20 – ending with "two" | | 43:20 – beginning with "most" – 43:25; 44:01 – 45:05 | |
| 47:23 | 48:21 | | 49:08 – beginning with "the" – 49:21; 50:04 – 50:17 | |
| 50:18 | 51:11 | | | |
| 51:14 | 51:16 | | | |
| 51:25 | 52:15 | | | |
| 53:03 | 53:05 – ending with "Yes" | | | |
| 53:23 | 54:19 | | | |
| 54:22 | 56:17 | | | |
| 56:20 | 57:20 | | 57:20 – 58:01 | |
| 58:02 | 58:19 | | | |
| 58:22 – beginning with "It" | 58:23 – ending with "time" | | 58:23 – beginning with "and" – 59:01 | |
| 59:02 | 60:11 | | | |
| 60:18 | 61:06 | | 60:12 – 60:17 | |
| 61:12 | 61:23 – ending with "effect" | | 61:23 – beginning with "I" – 61:25 | |
| 62:01 | 62:10 | | 62:11 – 62:24 | |
| 62:25 | 63:18 | | 63:19 – 64:16 – ending with "me" | |
| 64:20 | 64:25 | | | |
| 65:08 | 65:10 | | 65:11 – 65:17 | |
| 66:11 | 67:04 | | 67:05 – 68:07 | |
| 68:08 | 68:13 | | 68:18 – 68:23 | |
| 68:16 | 68:17 | | | |
| 68:24 | 69:03 – ending with "done" | | | |
| 69:16 | 69:24 | | 70:23 – beginning with "we" – 70:24 | |
| 71:12 – beginning with "would" | 71:15 | | | |
| 71:22 | 72:04 | | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 72:18 | 72:23 – ending with "not" | | 72:05 – 72:17; 72:23 – beginning with "I" – 72:24 | |
| 72:25 | 73:08 | | | |
| 73:10 – beginning with "did" | 73:16 | | | |
| 73:20 | 73:22 | | 73:17 – 73:18; 73:23 – 73:25 | |
| 74:01 | 74:04 | | | |
| 74:11 | 75:04 | | 74:05 – 74:08; 75:05 – 75:10 | |
| 75:22 | 75:23 | | | |
| 76:01 | 76:10 | | | |
| 76:14 | 76:20 – ending with "facility" | | 76:20 – beginning with "on" – 76:24 | |
| 77:07 | 77:11 | | | |
| 77:13 | 77:18 | | | |
| 78:03 – beginning with "Is" | 78:06 | | 78:07 – 78:21 | |
| 78:22 | 79:01 | | | |
| 81:10 | 81:14 | | 81:15 – 82:17 | |
| 82:18 | 82:20 | | | |
| 82:23 – beginning with "I" | 83:14 | | 83:15 – 83:16 | |
| 83:17 | 83:24 | | | |
| 84:02 | 84:14 | | | |
| 86:02 | 86:04 | | 86:05 – 86:09 | |

**Wilfred Malima – Deposition of April 9, 2026**

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 5:03 | 5:07 | Hearsay | | |
| 9:21 | 10:10 | Hearsay | | |
| 10:12 – beginning with "Do" | 10:13 | Hearsay | 10:14 – 10:25 | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 11:01 | 12:14 | Hearsay | 12:21 – 13:11 | |
| 14:01 – beginning with "Aside" | 14:09 – ending with "address" | Hearsay | 13:21 – beginning with "the sergeant" – 13:25 | |
| 15:11 | 15:14 – ending with "No" | Hearsay | 14:25 – 15:08 | |
| 15:17 – beginning with "And" | 15:20 | Hearsay | | |
| 15:21 – beginning with "After" | 15:24 | Hearsay | 16:05 – beginning with "for" – 18:15 | |
| 18:17 | 18:25 | Hearsay | | |
| 19:01 – beginning with "And" | 19:08 | Hearsay | | |
| 20:01 | 20:09 | Hearsay | | |
| 20:10 – beginning with "And" | 20:14 | Hearsay | | |
| 21:21 – beginning with "was" | 21:24 | Hearsay | | |
| 22:05 | 22:09 | Hearsay | | |
| 22:18 | 22:25 | Hearsay | | |
| 23:01 – beginning with "am" | 23:05 | Hearsay | | |
| 23:06 – beginning with "And" | 23:10 | Hearsay | | |
| 26:09 | 26:13 | Hearsay | | |
| 26:20 | 26:22 | Hearsay | 24:03 – beginning with "so the" – 24:08; 25:18 – 25:22 | |

**Alejandro Rodriguez – Deposition of April 17, 2026**

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 4:23 | 4:25 | Hearsay | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 5:01 – beginning with "And" | 5:03 | Hearsay | | |
| 7:21 – beginning with "Throughout" | 7:24 – ending with "represented" | Hearsay | | |
| 8:01 | 8:01 | Hearsay | | |
| 8:02 – beginning with "Describe" | 8:08 | Hearsay | | |
| 8:13 | 8:15 | Hearsay | | |
| 8:22 – beginning with "Do" | 8:24 | Hearsay | | |
| 9:01 – beginning with "in" | 9:17 – ending with "shift" | Hearsay | 9:17 – beginning with "It's a general" – 9:19; 10:23 – beginning with "so" – 10:25 | |
| 12:02 – beginning with "Do" | 12:07 | Hearsay | | |
| 12:09 – beginning with "are" | 12:12 – ending with "yes" | Hearsay | | |
| 12:15 – beginning with "So" | 12:18 | Hearsay | | |
| 12:19 – beginning with "Do" | 12:23 | Hearsay | | |
| 12:24 – beginning with "Do" | 13:01 | Hearsay | | |
| 13:12 – beginning with "which" | 13:15 | Hearsay | | |
| 13:16 – beginning with "Did" | 13:18 | Hearsay | | |
| 13:19 – beginning with "Were" | 13:21 | Hearsay | | |
| 14:01 – beginning with "Do" | 14:10 | Hearsay | | |
| 15:03 | 15:04 – ending with "door" | Hearsay | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 15:08 – beginning with "Can" | 15:09 | Hearsay | | |
| 15:11 – beginning with "But" | 15:13 – ending with "that" | Hearsay | 15:13 – beginning with "but like" – 15:15 | |
| 15:19 | 15:19 | Hearsay | | |
| 15:21 | 15:23 | Hearsay | | |
| 16:04 | 16:09 | Hearsay | | |

**Edward Taylor Jr. – Deposition of April 17, 2026**

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 5:03 – beginning with "Could" | 5:05 | Hearsay | | |
| 14:20 | 15:02 | Hearsay | | |
| 15:14 – beginning with "How" | 15:16 | Hearsay | | |
| 16:03 | 16:18 | Hearsay | | |
| 17:20 – beginning with "Once" | 18:01 – ending with "locations" | Hearsay | | |
| 19:14 – beginning with "Do" | 19:17 | Hearsay | | |
| 19:18 – beginning with "And" | 20:19 | Hearsay | | |
| 22:06 – beginning with "Turning" | 22:10 | Hearsay | | |
| 22:11 – beginning with "So" | 22:17 | Hearsay | | |
| 22:18 – beginning with "What" | 22:24 | Hearsay | | |
| 22:25 – beginning with "And" | 23:06 | Hearsay | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 23:13 – beginning with "why" | 23:17 | Hearsay | | |
| 24:08 – beginning with "Are" | 24:10 | Hearsay | | |
| 24:17 – beginning with "So" | 24:21 – ending with "know" | Hearsay | | |
| 25:05 – beginning with "But" | 25:08 | Hearsay | | |
| 25:19 – beginning with "You" | 25:22 | Hearsay | | |
| 25:23 – beginning with "Just" | 25:25 | Hearsay | | |
| 26:01 – beginning with "Where" | 26:04 | Hearsay | | |
| 26:09 – beginning with "And" | 26:11 | Hearsay | | |
| 26:16 – beginning with "You" | 26:23 | Hearsay | 26:24 – 26:25; 27:01 | |
| 27:02 | 27:03 | Hearsay | 27:09 – beginning with "would" – 27:12 | |
| 27:20 – beginning with "You" | 28:10 | Hearsay | | |
| 28:11 – beginning with "These" | 28:12 | Hearsay | | |
| 28:20 | 28:22 | Hearsay | | |
| 29:09 – beginning with "So" | 29:17 | Hearsay | | |
| 29:22 | 30:02 | Hearsay | | |
| 30:03 – beginning with "not" | 30:06 | Hearsay | 30:07 – 30:09 | |
| 30:10 | 30:12 | Hearsay | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 30:21 | 30:23 | Hearsay | | |
| 30:24 – beginning with "Well" | 31:02 | Hearsay | | |
| 31:03 – beginning with "But" | 31:05 | Hearsay | 31:06 – 31:10 | |
| 31:11 – beginning with "And" | 31:20 | Hearsay | 33:12 – 33:15 – ending with "sufficient" | |
| 34:09 | 34:13 | Hearsay | | |
| 34:14 – beginning with "And" | 34:20 | Hearsay | | |
| 34:21 – beginning with "So" | 34:25 | Hearsay | | |
| 35:01 – beginning with "So" | 35:04 | Hearsay | | |

**Andrea Williams, King County Fed. R. Civ. P. 30(b)(6) Designee – Deposition of April 20, 2026**

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 4:11 – beginning with "Could" | 4:13 | | | |
| 4:20 | 4:21 | | | |
| 4:24 – beginning with "And" | 5:01 | | | |
| 7:13 | 7:14 | | | |
| 7:15 – beginning with "Yes" | 7:15 | | | |
| 8:12 – beginning with "And" | 8:21 | | 18:15 – 18:18 | |
| 11:14 | 11:23 | | | |
| 16:05 – beginning with "Ms. Williams" | 16:10 | | | |
| 16:24 | 17:03 | | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 18:12 | 18:14 | | | |
| 19:11 – beginning with "We" | 19:18 | | | |
| 19:23 – beginning with "And" | 20:02 | | | |
| 20:09 – beginning with "You" | 20:19 | | | |
| 21:10 | 21:13 | | 21:14 – 21:17 | |
| 21:18 – beginning with "Are" | 21:23 | | 21:24 – 22:01; 35:21 – 35:22 | |
| 22:02 – beginning with "Are" | 22:04 | | 22:05 – 22:07 | |
| 22:08 | 22:10 | | | |
| 22:17 – beginning with "When" | 22:22 | | 22:11 – 22:17 – end with "retained" | |
| 24:10 | 24:22 | | 23:04 – beginning with "I believe" – 23:12; 25:16 – beginning with "the" – 26:04 | |
| 26:12 – beginning with "Have" | 26:12 | | | |
| 26:14 | 26:16 | | | |
| 26:21 – beginning with "This" | 26:22 – ending with "notice" | | | |
| 27:02 – beginning with "Have" | 27:03 | | | |
| 27:04 – beginning with "And" | 27:10 | | | |
| 27:17 – beginning with "The" | 27:25 | | | |
| 28:01 – beginning with "What" | 28:04 | | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 28:05 – beginning with "-there are" | 28:10 | | | |
| 28:16 | 28:18 | | | |
| 28:19 – beginning with "The" | 28:24 | | 28:25 – 29:07 | |
| 29:08 – beginning with "there" | 29:11 | | | |
| 29:15 – beginning with "the" | 29:17 | | 29:21 – 30:07 | |
| 30:08 – beginning with "no" | 30:11 | | | |
| 30:12 – beginning with "And" | 30:15 | | 30:16 – 30:22 | |
| 30:23 | 30:25 | | | |
| 31:10 | 31:12 | | | |
| 31:15 | 31:16 | | 31:17 – 31:19 | |
| 31:24 | 31:25 | | | |
| 32:20 | 32:24 | | 32:18 – beginning with "I" – 32:19 | |
| 32:25 – beginning with "As" | 33:02 | | | |
| 33:05 – beginning with "would" | 33:14 | | | |
| 36:22 – beginning with "This" | 37:06 | | | |
| 37:07 – beginning with "The" | 37:14 | | | |
| 37:15 – beginning with "Despite" | 37:18 | | 37:19 – 38:02 | |
| 38:11 – beginning with "So" | 38:22 | | | |
| 39:03 | 39:07 | | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 39:08 – beginning with "So" | 39:10 | | | |
| 39:12 | 39:13 | | 39:14 – 39:15 | |
| 39:17 – beginning with "yes" | 39:18 | | 39:19 – 40:02 | |
| 40:12 – beginning with "After" | 40:17 | | | |
| 44:14 | 44:18 | | | |

**Ray Rogers (Plaintiff) – Deposition of April 30, 2026**

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 5:16 – beginning with "Can" | 5:18 | | | |
| 24:21 – beginning with "So" | 24:24 | | | |
| 26:02 – beginning with "In your complaint" | 26:05 | | 26:06 – 26:08 | |
| 26:09 – beginning with "Do" | 26:11 | | | |
| 28:18 | 28:21 | | | |
| 28:24 – beginning with "do" | 29:01 | | 29:02 – 29:04; 29:06 | |
| 29:18 | 29:19 | | | |
| 29:20 – beginning with "I tried" | 29:24 | | | |
| 29:25 – beginning with "-and I think" | 30:01 | | | |
| 30:07 – beginning with "right" | 30:08 – ending with "that" | | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 30:10 | 30:12 | | | |
| 30:13 – beginning with "Do" | 30:14 | | 30:15 – 30:16 | |
| 30:18 – beginning with "-I believe the" | 30:20 | | 30:21 – 31:01; 32:13 – beginning with "from" – 32:16 | |
| 31:18 | 32:01 – ending with "the grievances" | | 32:01 – beginning with "about grievances" – 32:04 | |
| 32:05 | 32:05 | | 32:06 – 32:07 | |
| 36:13 – beginning with "Mr. Rogers" | 36:15 – ending with "No. 1" | | | |
| 36:19 – beginning with "So" | 37:04 | | | |
| 37:05 – beginning with "So" | 37:13 | | 37:14 – 37:15 | |
| 41:03 – beginning with "Did" | 41:05 – ending with "out" | | | |
| 41:06 – beginning with "the" | 41:13 | | | |
| 41:14 – beginning with "it's" | 41:17 | | | |
| 45:09 – beginning with "And" | 45:11 | | | |
| 48:23 – beginning with "And" | 48:25 | | | |
| 49:07 – beginning with "I'm" | 49:08 – ending with "marked" | | | |
| 53:08 – beginning with "Do" | 53:09 | | | |
| 53:10 – beginning with "You" | 53:16 – ending with "regarding appeal" | | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

| Start (Page:Line) | End (Page:Line) | Defendant's Objection | Defendant's Counter-Designation | Plaintiff's Objection to Counter-Designation |
|---|---|---|---|---|
| 53:19 | 53:20 – ending with "appealed" | | | |
| 66:02 | 66:03 | | | |
| 66:15 | 66:20 | | | |
| 68:09 | 68:10 | | 68:14 – beginning with "did" – 68:20 | |
| 69:04 – beginning with "as far as the" | 70:03 | | 70:05 – beginning with "did you seek" – 70:09 | |
| 70:10 | 70:16 | | | |
| 70:17 – beginning with "I said" | 71:17 | | | |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000

## APPENDIX B

## EXHIBIT NUMBER CROSS-REFERENCE

This table cross-references the exhibit numbers used in Plaintiff's Second Amended Pretrial Statement (and Defendant's October 27, 2026 markup of it) to the exhibit numbers used in this order. It is provided for the convenience of the Court and counsel.

| Former Pl. Ex. # | Description | Pretrial Order Ex. # |
|---|---|---|
| 001 | Intentionally Left Blank (placeholder) | Removed |
| 002 | Exhibit 4 to Deposition of Randy Weaver – Policy 6.02.002 Inmate Disciplinary System | 1 (also Def. A-2) |
| 003 | Exhibit 5 to Deposition of Randy Weaver – Photographs (Court Order 3-000094, Court Order 3-000095) | 2 (also Def. A-6) |
| 004 | Exhibit 7 to Deposition of Edward Taylor Jr. – Inmate Grievance Form | 3 (also Def. A-1) |
| 005 | Exhibit 1 to Deposition of Andrea Williams – Notice of Deposition and Exhibit A thereto | 4 |
| 006 | Exhibit 2 to Deposition of Andrea Williams – Responses to Subpoena Duces Tecum | 5 |
| 007 | Law Enforcement Records Retention Schedule Version 8.0 (Feb. 2022) – (ROG 5-KC000021-ROG 5-KC000104) | 6 |
| 008 | Policy 6.04.003 – Inmate Rights & Privileges (Court Order 1-000055-57) | 7 |
| 009 | Policy 6.04.002 – Inmate Grievance Procedures (Court Order 1-000058-62) | 8 |
| 010 | Grievances Policy (Court Order 1-000074-84) | 9 |
| 011 | Declaration of Sergeant Randy Weaver in Support of Defendant Weaver's Motion for Summary Judgment – Dkt. 79-6 | 10 |



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104 | Tel: 206.505.4000