THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAY CLARENCE ROGERS,<br>Plaintiff,<br>v.<br>WEAVER, Sgt/Supervisor Officer, King County Correctional Facility,<br>Defendant. | CASE NO. 2:23-cv-01160-JCC<br>**[~~PROPOSED~~] ORDER TO QUASH WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR RAY C. ROGERS** |

This matter comes before the Court regarding this Court's Order Granting Motion for Issuance of Writ of Habeas Corpus Ad Testificandum to Secure Plaintiff Ray C. Rogers' Attendance and Testimony at Trial (Dkt. 174) and this Court's issuance of the Order and Writ of Habeas Corpus Ad Testificandum for Ray C. Rogers (Dkt. 175).

Due to the resolution of this matter as evidenced in the Notice of Settlement (Dkt. 186) made between the Plaintiff and Defendant, transport of Mr. Rogers to attend trial of this matter is no longer necessary. Therefore; IT IS HEREBY ORDERED:

The Order and Writ of Habeas Corpus Ad Testificandum for Ray C. Rogers (Dkt. 175) is quashed. Mr. Rogers' attendance at the trial of this matter is no longer necessary, and any and all arrangements to transport, guard, and maintain custody of Mr. Rogers related to his attendance at



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

the trial of this matter should be immediately cancelled. Mr. Rogers should not be transported for any reason related to this trial at this time.

**IT IS SO ORDERED.**

Dated this 10th day of November, 2026.

The Honorable John C. Coughenour
United States District Judge



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000

Dated this 10th day of November, 2026.

**HOLLAND & KNIGHT LLP**

By: *s/ Austin Rainwater*
Austin Rainwater, WSBA No. 41904
By: *s/ Jody Schisel-Meslin*
Jody Schisel-Meslin, WSBA No. 61046
701 Fifth Avenue, Suite 4700
Seattle, WA 98104
Telephone: 206.505.4000
E-mail: Austin.Rainwater@hklaw.com
E-mail: Jody.Schisel-Meslin@hklaw.com

*Attorneys for Plaintiff Ray C. Rogers*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2026, I caused a true and correct copy of the foregoing document to be served on the parties listed below in the manner indicated:

| | |
|---|---|
| Maria Manza, WSBA # 46393<br>Scott Gutierrez, WSBA #58909<br>701 5th Avenue, Suite 600<br>Seattle, WA 98104<br>Phone: (206) 477-1120<br>Fax: (206) 296-0191<br>Email: mamanza@kingcounty.gov<br>Email: scogutierrez@kingcounty.gov<br><br>*Attorneys for Defendant Randy Weaver* | ☐ Via Hand Delivery<br>☐ Via U.S. Mail<br>☑ Via E-mail<br>☑ Via the Court's E-Service Device |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated this 10th day of November, 2026.

*s/ Laurel Gray*
Laurel Gray, Practice Assistant



HOLLAND & KNIGHT LLP
701 Fifth Avenue, Suite 4700
Seattle, WA 98104-7029 |
Tel: 206.505.4000